**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000302
08-AUG-2024
08:00 AM
Dkt. 82 ODMR**

NO. CAAP-20-0000302

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GABI KIM COLLINS, Plaintiff-Appellant, v. BANK OF AMERICA, N.A.;
PUU HELEAKALA COMMUNITY ASSOCIATION, Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE
CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE
GOVERNMENTAL ENTITIES 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC161000595)

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

On review of "Plaintiff-Appellant Gabi Kim Collins'
**Motion to Reconsider** Summary Disposition Order Entered July 23,
2024," the papers in support, and the record, it appears that the
Motion to Reconsider presents no point of law or fact we
overlooked or misapprehended.  See Rule 40(b), Hawaiʻi Rules of
Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion to
Reconsider is denied.

DATED: Honolulu, Hawaiʻi, August 8, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge